# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

AARON FRANCOIS

VERSUS

LAMARTINIERE, ET AL.

CIVIL ACTION

16-637-SDD-RLB

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated June 2, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motion to Dismiss* is GRANTED and the Plaintiff's claims against Defendants, Lamartiniere and LeBlanc, are dismissed with prejudice. It is further ordered that this matter be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 20 day of February, 2018.

*[signature]*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 65.
[3] Rec. Doc. 69.