UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AARON FRANCOIS

CIVIL ACTION

VERSUS

16-637-SDD-RLB

STEPHANIE LAMARTINIERE, ET AL.

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 22, 2019, to which the Plaintiff filed an objection[3] which was also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion to Dismiss* (Rec. Doc. 132) is hereby GRANTED, dismissing the Plaintiff's claims against Defendant, Dr. John McCain, with prejudice.

**IT IS FURTHER** ORDERED that this matter is REFERRED back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 22 day of February, 2019.

*Shelly D. Dick*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 132.
[2] Rec. Doc. 164.
[3] Rec. Doc. 168.