UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FRANCOIS, ET AL.

VERSUS

LAMARTINIERE, ET AL.

CIVIL ACTION

16-637-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 24, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Cross Motion for Summary Judgment* (Rec. Doc. 203) is hereby DENIED, and the Plaintiff's claims against Jane Doe 4 are hereby DISMISSED, without prejudice, for failure to timely effect service upon her.

**IT IS FURTHER ORDERED** that the remaining Defendants' *Motion for Summary Judgment* (Rec. Doc. 184) is hereby GRANTED dismissing the Plaintiff's claims against these Defendants with prejudice, and this action is hereby DISMISSED in its entirety.

*Judgment* to be entered accordingly.

Baton Rouge, Louisiana the 13 day of June, 2019.

*Shelly D. Dick*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 203.
[2] Rec. Doc. 204.
[3] Rec. Doc. 205.